## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | **No.  CR-22-005-R** |
| | ) | |
| **JOSE RAMON DOMINGUEZ,** | ) | **Violation: 21 U.S.C. § 846** |
| **a/k/a Golo,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## SUPERSEDING INFORMATION

The United States Attorney charges:

### COUNT 1
### (Drug Conspiracy)

From in or about January 2020, the exact date being unknown, and continuing thereafter through on or about December 1, 2021, within the Western District of Oklahoma and elsewhere,

---------------------------------- **JOSE RAMON DOMINGUEZ,**
**a/k/a Golo,** ---------------------------------------------------------

knowingly and intentionally conspired, combined, confederated, and agreed with others, to interdependently possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(C).

ROBERT J. TROESTER
United States Attorney

NICK COFFEY
Assistant United States Attorney